PATRICIA A. NICHOLSON, Appellant, v CHARLES H. SWAIN, Respondent, et al., Defendants. CHARLES H. SWAIN, Third-Party Plaintiff, v MARY H. FLEMING et al., Third-Party Defendants-Respondents. (Appeal No. 2.) [619 NYS2d 1025] —Order

unanimously affirmed without costs *(see, Matter of Hurley v Avon Cent. School Dist.,* 187 AD2d 983). (Appeal from Order of Supreme Court, Oneida County, Grow, J.—Renewal.) Present —Denman, P. J., Green, Balio, Callahan and Boehm, JJ.